PETER HANLEY, Respondent, *v.* CHARLES J. SMITH, Appellant.

(Submitted January 13, 1930; decided January 17, 1930.)

*Abraham K. Weber* for motion.
*Thomas F. Frawley* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.